```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/5/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FAO ROC HOLDINGS, LLC and
MERCHSOURCE, LLC,

                Plaintiffs,

    -against-

REMO SARACENI,

                Defendant.

22 Civ. 831 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan submitted to the Court via email. *See* ECF No. 18. In the proposed order, the parties request 180 days for fact discovery, but do not, as required, provide any reasons for departure from the Court's standard practice of allowing 120 days for fact discovery. *See* Sample Civil Case Management Plan and Scheduling Order. Accordingly, by **April 11, 2022**, the parties shall submit a letter providing good cause for an extension of the fact discovery period. If they fail to do so, the Court shall issue an order limiting the fact discovery period to 120 days.

    SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge