UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAO ROC HOLDINGS, LLC and
MERCHSOURCE, LLC,

                Plaintiffs,

-against-

REMO SARACENI,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/18/2022
```

22 Civ. 831 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 11 and 16, 2022. ECF Nos. 21 and 22. Accordingly,

1. Defendant's request to file a motion to dismiss is GRANTED.
2. By **May 23, 2022**, Defendant shall file his motion to dismiss;
3. By **June 13, 2022**, Plaintiffs shall file their opposition;
4. By **June 27, 2022**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: April 18, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge