```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAO ROC HOLDINGS, LLC and
MERCHSOURCE, LLC,

                Plaintiffs,

-against-

REMO SARACENI,

                Defendant.

22 Civ. 831 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 12 and 19, 2022. ECF Nos. 26 and 27. Accordingly, Defendant's motion for a stay is GRANTED. By **June 21, 2022**, and every thirty days thereafter, the parties shall submit a joint status letter to the Court regarding the status of Delaware proceedings.

    The Clerk of Court is directed to terminate the motion at ECF No. 26 and STAY the case.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge