```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAO ROC HOLDINGS, LLC and
MERCHSOURCE, LLC,

               Plaintiffs,

-against-

REMO SARACENI,

               Defendant.

22 Civ. 831 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 20, 2022, the Court stayed this matter and ordered that "every thirty days thereafter, the parties shall submit a joint status letter to the Court regarding the status of [the] Delaware proceedings." ECF No. 28. The most recent status letter was filed on June 1, 2023. ECF No. 40. The parties' next submission is now overdue. Accordingly, the parties shall submit a status letter to the Court by **July 14, 2023**.

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge