IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAO ROC HOLDINGS, LLC and MERCHSOURCE, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>REMO SARACENI,<br><br>        Defendants. | Civil Action No: 22-831-AS |

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FAO Roc Holdings, LLC and MerchSource, LLC, and Defendant, Remo Saraceni, by and through the undersigned counsel, stipulate and agree to the dismissal without prejudice of all claims asserted in the above-captioned action.

Dated: August 28, 2023

Respectfully submitted,

**PETOCK & PETOCK, LLC**

By: /s/ [signature]
MICHAEL C. PETOCK, ESQUIRE
Attorney ID No. 93,692
46 The Commons at Valley Forge
1220 Valley Forge Road
P.O. Box 217
Valley Forge, PA 19481
Telephone No. (610) 935-8600
mp@petocklaw.com
Pro hac vice

- and –

1

Charles Palella
**Armstrong Teasdale LLP**
7 Times Square
44th Floor
New York, NY 10036
212-209-4400
Fax: 212-409-8385
Email: cpalella@atllp.com

*Attorneys for Defendant*

By: /s/ *Mark C. Johnson*
Mark C. Johnson

**RENNER OTTO**
Mark C. Johnson (*pro hac vice*)
Kyle B. Fleming
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
mjohnson@rennerotto.com
kfleming@rennerotto.com
Telephone: 216.736.3170
Facsimile: 216.621.6165

*Attorneys for Plaintiffs*